**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:  Case No. 15-04424

NIGAGLIONI MARTINEZ, TEODOSIO  Chapter 13
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **6/02/2015**
☑ PRE ☐ POST-CONFIRMATION

☐ AMENDED PLAN DATED: _____
Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **295.00** x **60** = $ **17,700.00**
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___

TOTAL: $ **17,700.00**

Additional Payments:
$ ___ to be paid as a LUMP SUM within ___ with proceeds to come from:
☐ Sale of Property identified as follows:
_____

☐ Other:
_____

Periodic Payments to be made other than, and in addition to the above:
$ ___ x ___ = $ ___

PROPOSED BASE: $ **17,700.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,465.00**

Signed: /s/ **TEODOSIO NIGAGLIONI MARTINEZ**
Debtor

X_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ ___
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **ORIENTAL BANK**  Cr. ___  Cr. ___
# **10000012866**  # ___  # ___
$ **21.15**  $ ___  $ ___
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. ___  Cr. ___  Cr. ___
# ___  # ___  # ___
$ ___  $ ___  $ ___
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ___  Cr. ___  Cr. ___
# ___  # ___  # ___
$ ___  $ ___  $ ___
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
**ORIENTAL BANK**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ___
☐ Paid 100% / ☐ Other: ___
Cr. ___  Cr. ___  Cr. ___
# ___  # ___  # ___
$ ___  $ ___  $ ___
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
1) TRUSTEE WILL PAY ATTORNEY FEES BEFORE ANY SECURED CLAIMS AFTER CONFIRMATION OF PLAN.
2) NO TAX REFUND LANGUAGE AS ALL INCOME NON-TAXABLE.
3) THE TRUSTEE IS TO PAY THE CLAIM TO ORIENTAL FOR THE CAR BASED ON THE CLAIM FILED BY CREDITOR UNLESS OBJECTED BY ANY PARTY IN THIS CASE.

Attorney for Debtor **Thomas & Associates** /s/ Thomas, Attorney for debtor  Phone: **(787) 250-5075**

CHAPTER 13 PAYMENT PLAN

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| TEODOSIO NIGAGLIONI MARTINEZ | * | 15-04424 (ESL) |
| xxx-xx-6266 | * | |
| | * | CHAPTER 13 |
| | * | |
| | * | |
| Trujillo Alto Puerto Rico 00976 | * | |

*****************************************

## MOTION TO SUBMIT PLAN

COMES NOW DEBTOR through the undersigned attorney and very respectfully

states, alleges and prays:

1. Debtor is hereby submitting the plan for this case dated June 02, 2015.

WHEREFORE, based on the above, Debtor through the undersigned attorney,

REQUESTS from this Honorable Court:

1. Take notice of the fact that the plan in this case is being submitted.

2. Grant this motion and any other remedy it may deem necessary in Justice and

    Equity.

## CERTIFICATE OF SERVICE

I hereby certify that: on this same day, I electronically filed with the Clerk of the Court in the CM/ECF System, copy of this motion, which will send notification to the Trustee, José R. Carrión and to the creditor's attorneys. We will serve by regular mail this document to any creditor as per master address list upon knowing that they are non CM/ECF participants.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 25th day of June of 2015.

/S/**CHARLES L. THOMAS SANTIAGO, Esq.**
CHARLES L. THOMAS SANTIAGO, ESQ.
USDC-PR: 222,411
Attorney for Debtor(s)
THOMAS & ASOCIADOS
Calle Baldorioty de Castro 711
Hato Rey, PR 00918
Tel: 787-250-5075
Fax: 787-758-5087
E-mail: cthomas@thomasmiabogado.com